No. 1252, Misc. MORGAN v. CALIFORNIA. Superior Court of California, County of Kern. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *William A. Carver* for petitioner.

No. 394. GEAGAN ET AL. v. GAVIN, CORRECTIONAL SUPERINTENDENT, *ante,* p. 903;

No. 493. ENOCHS, DISTRICT DIRECTOR OF INTERNAL REVENUE, v. WILLIAMS PACKING & NAVIGATION CO., INC., *ante,* p. 1;

No. 773. TAYLOR ET AL. v. LOUISIANA, *ante,* p. 154;

No. 835. WOOTEN ET AL. v. TEXAS, 369 U. S. 885;

No. 852. WOODARD ET AL., DOING BUSINESS AS WOODARD MOTOR CO., v. GENERAL MOTORS CORP., 369 U. S. 887;

No. 802, Misc. BURTON v. FLORIDA, *ante,* p. 905; and

No. 828, Misc. BANKS v. MADIGAN, WARDEN, *ante,* p. 905. Petitions for rehearing denied.

No. 40. BECK v. WASHINGTON, 369 U. S. 541;

No. 241. SUNKIST GROWERS, INC., ET AL. v. WINCKLER & SMITH CITRUS PRODUCTS CO. ET AL., *ante,* p. 19;

No. 283. SALEM v. UNITED STATES LINES CO., *ante,* p. 31;

No. 323. VAUGHAN v. ATKINSON ET AL., 369 U. S. 527;

No. 475. GALLEGOS v. COLORADO, *ante,* p. 49; and

No. 667. RICHARDSON, EXECUTRIX, ET AL. v. MOORE-MCCORMACK LINES, INC., 368 U. S. 989. Petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these applications.

No. 46. HUTCHESON v. UNITED STATES, 369 U. S. 599. Petition for rehearing denied. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this application.